In the Matter of RICHARD E. KAPLAN, Appellant, v TIMOTHY JULIAN, as Mayor of the City of Utica, et al., Respondents.

Submitted September 6, 2005; decided September 20, 2005

Appeal transferred, without costs, by the Court of Appeals, sua sponte, to the Appellate Division, Fourth Department, upon the ground that a direct appeal does not lie when questions other than the constitutional validity of a statutory provision are involved (NY Const, art VI, § 3 [b] [2]; § 5 [b]; CPLR 5601 [b] [2]).

---

RICHARD MILLER, Respondent, v WEYERHAEUSER COMPANY et al., Appellants, et al., Defendant.

Submitted September 6, 2005; decided September 20, 2005

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no appeal lies as of right, pursuant to CPLR 5601 (d), from the final judgment of Supreme Court to bring up for review the prior nonfinal order of the Appellate Division, where the Appellate Division order was unanimous and did not directly involve a substantial constitutional question.

Judge READ taking no part.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELLIS EILAND, Appellant.

Submitted August 29, 2005; decided September 20, 2005

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that it does not lie (see NY Const, art VI, § 3 [b]; CPLR 5601; CPL 450.90).

---

XIAO YANG CHEN, Appellant, v IAN IRA FISCHER, Respondent.

Submitted September 12, 2005; decided September 20, 2005

Motion to strike part of the reply brief denied.